May 1, 2015

03-15-00119-CV

C-1-CV-15-000342

**Patrick Quigley vs. Jeffrey Langle**


I have received the notice for the above styled case. As of

Today, I have not received a request for the court reporter's

record in this case.


Please contact me if you have any further questions.

Thank you,

*Amanda Anderson, CSR*

Official Court Reporter

County Court at Law No. 2

Travis County, Texas

1000 Guadalupe St., Rm 211

Austin, Texas 78701

512 854-9250

FAX: 512 854-4724